IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jonathan Halloran-Koren,<br>Plaintiff, | NOTICE OF NON-PARTY INTERFERENCE WITH LITIGATION AND EVIDENCE PRESERVATION ISSUES<br>Case No. 1:25-cv-01070-JLH |
| v. | |
| Pamela Bondi and Kristi Noem,<br>Defendants. | |

*Filed in Plaintiff's personal capacity; organizational affiliation is noted for identification only.*

## Introduction

Plaintiff Jonathan Halloran-Koren ("Plaintiff"), appearing pro se, provides notice of interference and preservation issues involving non-party Triangle Management LLC, the management entity for 913 N. Market Street. This Notice supports the contemporaneously filed emergency and discovery motions.

## Factual Background (Documented)

• Outage window: approximately 6:00 PM on September 2, 2025 through 10:30 AM on September 4, 2025 (>48 hours).

• Scope: building-wide outage; lobby guest Wi-Fi also down.

• Internet is a separately billed service under Plaintiff's tenancy.

• Management alleged Plaintiff's personally owned GL.iNet GL-AXT1800 (Slate AX) "caused" the building-wide outage and stated they blocked Plaintiff's device; no logs were provided.

• Restoration noted by Plaintiff at 10:30 AM on September 4, 2025; management later sent an 11:19 AM email stating a "tech [was] working."

• A litigation hold was already in effect; management used Signal thereafter. An email attachment depicting Plaintiff's router bore a Signal filename.

• Plaintiff used the building internet and his router in preparing filings in Halloran-Koren v. Bondi, et al., No. 1:25-cv-01070-JLH (D. Del.).

• Management entity is New-York-based; the building and tenants are in Delaware.

## Monitoring Concern (Statement of Belief)

Based on the foregoing contemporaneous observations and communications—including Triangle's statement that it blocked Plaintiff's device without providing logs, the use of Signal after a litigation hold was in effect, and an email attachment of Plaintiff's router bearing a Signal-originating filename—Plaintiff believes the

building internet service was potentially being monitored by Triangle Management during Plaintiff's federal case preparation.

**Preservation Concerns**

At risk of loss through routine overwrite or deletion are: (i) building network controller/router/switch logs; (ii) device-blocking or MAC-filter/ACL entries; (iii) DHCP/ARP/RADIUS histories; (iv) ISP tickets; (v) internal communications (including any Signal metadata/screenshots/exports in Triangle's custody); (vi) security-camera footage for IT/network areas and the lobby during September 1–5, 2025; and (vii) any records of traffic capture/port-mirroring, DPI/IDS/IPS logs, or NetFlow/sFlow/PCAP data, if maintained.



/s/ Jonathan Halloran-Koren

Jonathan Halloran-Koren
Plaintiff, Pro Se
PO Box 957
Wilmington, DE 19899
(302) 599-7200
jon@jonathanhalloran.com

Affiliation (for identification only): Executive Director, Democracy Defense Network