IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN HALLORAN-KOREN, | ) |
| | ) |
| Plantiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-01070-JLH |
| | ) |
| PAMELA BONDI, et al., | ) |
| | ) |
| Defendants, | ) |

## MOTION FOR PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY

Plaintiff Jonathan Halloran-Koren, proceeding pro se, respectfully moves the Court for permission to file and receive documents electronically through the CM/ECF system.

In support, Plaintiff states as follows:

1. Plaintiff is proceeding in forma pauperis in this action.

2. Plaintiff is capable of filing documents electronically in compliance with the Federal Rules of Civil Procedure, the Local Rules of the District of Delaware, and all CM/ECF policies and procedures.

3. Plaintiff's prior mailing address is no longer accessible, and reliance on paper service may result in delays in receiving Court orders and notices.

4. Electronic filing and service would promote efficiency, reduce delay, and ensure timely receipt of Court communications by Plaintiff.

5. Plaintiff understands that permission to use CM/ECF may be revoked for failure to comply with Court rules or orders.

1

For these reasons, Plaintiff respectfully requests that the Court grant him permission to file and receive documents electronically in this action.


Respectfully submitted,

/s/ Jonathan Halloran-Koren

Jonathan Halloran-Koren

2093 Philadelphia Pike

Suite 1776

Claymont, DE 19703

Pro Se


Dated: January 29th, 2026