# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JONATHAN HALLORAN-KOREN,      )
      )
      Plaintiff,      )
      )
      v.      )      Civil Action No. 25-1070-JLH-CJB
      )
PAMELA BONDI, *et al*,      )
      )
      Defendants.      )

## SUPPLEMENTAL SERVICE ORDER

At Wilmington, Delaware this **8th day** of **July, 2026**:

IT IS HEREBY ORDERED that:

1.      Pursuant to Federal Rule of Civil Procedure 4(b), (c)(2), (c)(3), and (i), pro se Plaintiff Jonathan Halloran-Koren shall request the Clerk of Court prepare summons for **the Attorney General of the United States**, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530; **the Secretary of Homeland Security**, U.S. Department of Homeland Security, 2801 Nebraska Avenue NW, Washington, DC 20528; and **the United States Attorney for the District of Delaware**, U.S. Attorney's Office, 1313 N Market Street, P. O. Box 2046, Wilmington, DE 19801.

2.      Plaintiff shall also complete and return to the Clerk of Court original, signed "U.S. Marshal-285" forms and copies of the complaint and any exhibits attached thereto (D.I. 4) for personal service upon each of the Defendants and the United States Attorney for the District of Delaware. **Failure to request issuance of summons, provide the required number of copies of the USM-285 forms and the complaint, and provide completed "U.S. Marshal 285" forms within 30 days from the date of this order may result in the dismissal of Defendant(s) pursuant to Federal Rule of Civil Procedure 4(m).**

3.      Upon receipt of the request for issuance of summons, the completed "U.S. Marshal-285" forms, and copies of the complaint and any exhibits attached thereto, required by Paragraph 1 and 2 above, the Clerk of Court shall issue the summons and transmit the summons, USM-285 forms, and complaint, (D.I. 4), copy of the Order granting leave to proceed *in forma pauperis*, (D.I. 10), and a copy of this Order to the United States Marshals Service ("USMS") for immediate service, pursuant to Federal Rule of Civil Procedure 4(c). USMS shall personally serve process and copies of this Order upon Defendants and the United States Attorney for the District of Delaware, pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c).

4.      Within ten days of personal service, the USMS shall file the return of service for the Defendants and the United States Attorney for the District of Delaware, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on the Defendants.   **Costs of service will be taxed against personally served Defendants, in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2), unless the Defendants show good cause for failure to sign and return a waiver of service of process.**

Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE